UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br>  v.<br><br>JOHN DOE subscriber assigned IP address 67.172.57.12,<br><br>        Defendant. | Civil Action No.  2:18cv802 |

## DISCLOSURE STATEMENT OF STRIKE 3 HOLDINGS, LLC

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Strike 3 Holdings, LLC, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: June 19, 2018

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

/s/ *John R. Gotaskie, Jr.*
John R. Gotaskie, Jr., Esq.
PA ID No. 81143
jgotaskie@foxrothschild.com
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburg, PA 15219
Tel.: (412) 391-1334
Fax: (412) 391-6984

*Counsel for Plaintiff Strike 3 Holdings, LLC*